UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SANCHEZ,

                    Plaintiff(s),

       - against -

COUNTY OF WESTCHESTER, et al.,

                 Defendant(s).
----------------------------------------------------------x

**ADJOURNMENT ORDER**

23 Civ. 0499 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

The above case previously scheduled for a telephonic Status Conference on March 4, 2026 before the United States District Judge Nelson S. Román, **is hereby adjourned *sine die*** pending anticipated motion practice. The Court may reschedule this conference after issuing its decision.

Pre-motion letter (*see* Individual Rules at 3.A.ii.) shall be submitted on or before March 13, 2026. Response thereto shall be submitted on or before March 20, 2026.

SO ORDERED.

Dated:    White Plains, NY
           March 3, 2026

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/03/2026